**FILED**

December 18, 2015

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JUAN ARQUIMEDEZ VILLANUEVA, ) <br> ) <br> Defendant. ) | Case No. 2:15MJ00238-AC <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   JUAN ARQUIMEDEZ VILLANUEVA  , Case No.   2:15MJ00238-AC  , Charge   21USC § 841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $ 100,000.00

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)   Pretriala conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   December 18, 2015   at   2:33 pm  .

By   /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court