KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN ARQUIMIDEZ VILLANUEVA,<br>JOSE CRUZ RODRIGUEZ-RODRIGUEZ,<br>RICHARD LOPEZ.<br><br>    Defendants. | No. 2:16-CR-00009-TLN<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  March 17, 2016<br>Time:  9:30 am.<br>Judge:  Honorable Tory L. Nunley. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, together with Dina Santos, attorney for defendant Juan Villanueva; Scott Tedman, attorney for defendant Jose Rodriguez-Rodriguez and Kyle Knapp, attorney for defendant Richard Lopez that the previously-scheduled status conference, currently set for February 25, 2016, be vacated and that the matter be set for status conference on March 17, 2016 at 9:30 a.m.

    Counsel have conferred and this continuance is requested to secure and evaluate the volume of forthcoming discovery materials in this case.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, February 23, 2016, up to and including March 17, 2016.

IT IS SO STIPULATED.

Dated: February 23, 2016                       BENJAMIN B. WAGNER
                                               UNITED STATES ATTORNEY

                                    by:        /s/ Jason Hitt
                                               JASON HITT
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

Dated:  February 23, 2016                      /s/ Dina Santos
                                               DINA SANTOS
                                               Attorney for Defendant
                                               JUAN VILLANUEAVA

Dated:  February 23, 2016                      /s/ Scott Tedmon
                                               SCOTT TEDMON
                                               Attorney for Defendant
                                               JOSE RODRIGUEZ-RODRIGUEZ

Dated: February 23, 2016                       /s/ Kyle R. Knapp
                                               KYLE KNAPP
                                               Attorney for Defendant
                                               RICHARD LOPEZ

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's February 25, 2016 criminal calendar and re-calendared for status conference on March 17, 2016.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on February 23, 2016, through and including March 17, 2016.

**IT IS SO ORDERED**.

Dated: February 23, 2016

Troy L. Nunley
United States District Judge