1  **DINA L. SANTOS**
A Professional Law Corp.
2  State Bar No. 204200
428 J Street, Suite 359
3  Sacramento, CA 95814
Telephone: (916) 447-0160
4  Facsimile: (916) 447-2988

5

Attorney for:
6  Juan Arquimidez Villanueva

7

8
## IN THE UNITED STATES DISTRICT COURT
9
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, ) | CR.S-16-0009 TLN |
| ) | |
| Plaintiff, ) | |
| ) | **WAIVER OF DEFENDANT'S** |
| v. ) | **PRESENCE AND ORDER** |
| ) | |
| JUAN ARQUIMIDEZ VILLANUEVA ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

19

        The defendant, JUAN ARQUIMIDEZ VILLANUEVA, hereby waives his right to be

present in open court upon the hearing of any motion or other proceeding in this cause,

including, but not limited to, when the case is ordered set for trial, when a continuance is

ordered, and when any other action is taken by the court before or after trial, except upon

arraignment, plea, impanelment of a jury and imposition of sentence.  Defendant hereby request

the court to proceed during every absence of his which the court may permit pursuant to this

waiver; agrees that his interest will be deemed represented at all times by the presence of his

attorney, the same as if the defendant were personally present; and further agrees to be present in

court ready for trial any day and hour the court may fix in his absence.

1        Defendant further acknowledges that he has been informed of her rights under Title 18

2    U.S.C. Section 3161 - 3174 (Speedy Trial Act), and has authorized his attorney to set times and

3    delays under the provisions of that Act without defendant being present.

4
     Dated: March 15, 2016                          /s/ Juan Arquimidez ViIllanueva
5                                                   JUAN ARQUIMIDEZ VILLANUEVA
                                                    Client
6
     Dated: March 15, 2016                          /s/ Dina L. Santos
7                                                   DINA L. SANTOS
                                                    Attorney for
8                                                   JUAN ARQUIMDEZ VILLANUEVA

9

10

11

12        IT IS SO ORDERED:

13

14   March 15 , 2016

15                                                  _____
                                                    Troy L. Nunley
16                                                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -