KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JUAN ARQUIMIDEZ VILLANUEVA,<br>JOSE CRUZ RODRIGUEZ-RODRIGUEZ,<br>RICHARD LOPEZ.<br><br>　　　　Defendants. | No. 2:16-CR-00009-TLN<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date: June 23, 2016<br>Time: 9:30 am.<br>Judge: Honorable Tory L. Nunley. |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, together with Dina Santos, attorney for defendant Juan Villanueva; Clemente Jimenez, attorney for defendant Jose Rodriguez-Rodriguez and Kyle Knapp, attorney for defendant Richard Lopez that the previously-scheduled status conference, currently set for May 5, 2016, be vacated and that the matter be set for status conference on June 23, 2016 at 9:30 a.m.

　　　Counsel have conferred and this continuance is requested to investigate and evaluate the volume of received discovery in this case.

1    IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a
2 continuance outweigh the best interests of the public and the defendant in a speedy trial and that
3 time within which the trial of this case must be commenced under the Speedy Trial Act should
4 therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code
5 T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, May 2,
6 2016, up to and including June 23, 2016.
7 IT IS SO STIPULATED.

Dated: May 2, 2016                                         BENJAMIN B. WAGNER
                                                           UNITED STATES ATTORNEY

                                                     by:   /s/ Jason Hitt
                                                           JASON HITT
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintiff

Dated:  May 2, 2016                                        /s/ Dina Santos
                                                           DINA SANTOS
                                                           Attorney for Defendant
                                                           JUAN VILLANUEAVA

Dated:  May 2, 2016                                        /s/ Clemente Jimenez
                                                           CLEMENTE JIMENEZ
                                                           Attorney for Defendant
                                                           JOSE RODRIGUEZ-RODRIGUEZ

Dated:  May 2, 2016                                        /s/ Kyle R. Knapp
                                                           KYLE KNAPP
                                                           Attorney for Defendant
                                                           RICHARD LOPEZ

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's May 5, 2016 criminal calendar and re-calendared for status conference on June 23, 2016.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on May 2, 2016, through and including June 23, 2016.

**IT IS SO ORDERED**.

Dated: May 3, 2016

Troy L. Nunley
United States District Judge