Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
JUAN VILLANUEVA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JUAN VILLANUEVA,<br>JOSE CRUZ RODRIGUEZ-RODRIGUEZ,<br>RICHARD LOPEZ,<br>　　　　　　　　Defendants | CASE NO. 16-0009-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 8/18/16. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Jose Villanueva, represented by Attorney Dina Santos; Defendant Jose Cruz Rodriguez-Rodriguez represented by Attorney Clemente Jimenez; Defendant Richard Lopez, represented by Attorney Kyle Knapp, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 23, 2016.

2. By this stipulation, defendant now moves to continue the status conference until August 18, 2016, and to exclude time between June 23, 2016, and August 18, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) Counsel for defendants desire additional time to review the discovery, continue to conduct investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

1

for effective preparation, taking into account the exercise of due diligence.

        b)      The government does not object to the continuance.

        c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 23, 2016, to August 18, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 17, 2016                          BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Jason Hitt
                                              JASON HITT
                                              Assistant United States Attorney

Dated: June 17, 2016                          /s/   Dina L. Santos
                                              DINA SANTOS, ESQ.
                                              Attorney for Juan Villanueva

Dated: June 17, 2016          /s/   Clemente Jimenz
                                            CLEMENTE JIMENEZ, ESQ.
                                            Attorney for Jose Cruz Rodriguez-Rodriguez

Dated: June 17, 2016          /s/   Kyle Knapp
                                            KYLE KNAPP, ESQ.
                                            Attorney for Richard Lopez

**ORDER**

IT IS SO FOUND AND ORDERED this 20th day of June, 2016

                                              HON. TROY L. NUNLEY
                                            UNITED STATES DISTRICT JUDGE