KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JUAN ARQUIMIDEZ VILLANUEVA,<br>JOSE CRUZ RODRIGUEZ-RODRIGUEZ,<br>RICHARD LOPEZ.<br><br>　　　　Defendants. | No. 2:16-CR-00009-TLN<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date: February 9, 2017<br>Time: 9:30 am.<br>Judge: Honorable Troy L. Nunley. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, together with Dina Santos, attorney for defendant Juan Villanueva; Clemente Jimenez, attorney for defendant Jose Rodriguez-Rodriguez and Kyle Knapp, attorney for defendant Richard Lopez that the previously-scheduled status conference, currently set for December 1, 2016, be vacated and that the matter be set for status conference on February 9, 2017 at 9:30 a.m.

Counsel have conferred and this continuance is requested to investigate and evaluate the volume of received discovery in this case, meet with their clients and further investigate possible defenses in this matter.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, November 23, 2016, up to and including February 9, 2017.

IT IS SO STIPULATED.

Dated: November 23, 2016                             PHILLIP A. TALBERT
                                                    UNITED STATES ATTORNEY

                                         by:        /s/ Jason Hitt
                                                    JASON HITT
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

Dated:  November 23, 2016                           /s/ Dina Santos
                                                    DINA SANTOS
                                                    Attorney for Defendant
                                                    JUAN VILLANUEAVA

Dated:  November 23, 2016                           /s/ Clemente Jimenez
                                                    CLEMENTE JIMENEZ
                                                    Attorney for Defendant
                                                    JOSE RODRIGUEZ-RODRIGUEZ

Dated: November 23, 2016                            /s/ Kyle R. Knapp
                                                    KYLE KNAPP
                                                    Attorney for Defendant
                                                    RICHARD LOPEZ

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's December 1, 2016 criminal calendar and re-calendared for status conference on February 9, 2017, at 9:30 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on November 23, 2016, through and including February 9, 2017.

**IT IS SO ORDERED**.

Dated:  November 28, 2016

_____
Troy L. Nunley
United States District Judge