Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
JUAN VILLANUEVA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JUAN VILLANUEVA,<br>JOSE CRUZ RODRIGUEZ-RODRIGUEZ,<br>RICHARD LOPEZ,<br>            Defendants | CASE NO. 2:16-CR-0009-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO MARCH 23, 2017 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Juan Villanueva, represented by Attorney Dina Santos; Defendant Jose Cruz Rodriguez-Rodriguez represented by Attorney Clemente Jimenez; Defendant Richard Lopez, represented by Attorney Kyle Knapp, hereby stipulate as follows:

1.    By previous order, this matter was set for status on February 9, 2017.

2.    By this stipulation, defendant now moves to continue the status conference until March 23, 2017, at 9:30 a.m., and to exclude time between February 9, 2017, and March 23, 2017, under Local Code T4. Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    Counsel for defendants desire additional time to review the discovery, continue to conduct investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary

Stipulation and Order Continuing Status Conference
and Excluding Time Periods Under Speedy Trial Act

1

for effective preparation, taking into account the exercise of due diligence.

        b)        The government does not object to the continuance.

        c)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 9, 2017, to March 23, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 6, 2017                              BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        /s/ Jason Hitt
                                                        JASON HITT
                                                        Assistant United States Attorney

Dated: February 6, 2017                              /s/   Dina L. Santos
                                                       DINA L. SANTOS, ESQ.
                                                       Attorney for Juan Villanueva

Dated: February 6, 2017                              /s/   Clemente Jimenez
                                                     CLEMENTE JIMENEZ, ESQ.
                                                     Attorney for Jose Cruz Rodriguez-Rodriguez

Dated:  February 6, 2017         /s/   Kyle Knapp
                                 KYLE KNAPP, ESQ.
                                 Attorney for Richard Lopez

### ORDER

IT IS SO FOUND AND ORDERED this 7th day of February, 2017.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order Continuing Status Conference
and Excluding Time Periods Under Speedy Trial Act

3