KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-CR-00009-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | |
| JUAN ARQUIMIDEZ VILLANUEVA, JOSE CRUZ RODRIGUEZ-RODRIGUEZ, RICHARD LOPEZ. | Date:   May 11, 2017 Time:  9:30 am. Judge:  Honorable Troy L. Nunley. |
| Defendants. | |

_____

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, together with Dina Santos, attorney for defendant Juan Villanueva; Clemente Jimenez, attorney for defendant Jose Rodriguez-Rodriguez and Kyle Knapp, attorney for defendant Richard Lopez that the previously-scheduled status conference, currently set for March 23, 2017, be vacated and that the matter be set for status conference on May 11, 2017 at 9:30 a.m.

Counsel have conferred and this continuance is requested to investigate and evaluate the volume of received discovery in this case, meet with their clients and further investigate possible defenses in this matter.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, March 20, 2017, up to and including May 11, 2017.

IT IS SO STIPULATED.

Dated: March 20, 2017

PHILLIP A. TALBERT
UNITED STATES ATTORNEY

by:      /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

Dated:  March 20, 2017

/s/ Dina Santos
DINA SANTOS
Attorney for Defendant
JUAN VILLANUEAVA

Dated:  March 20, 2017

/s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant
JOSE RODRIGUEZ-RODRIGUEZ

Dated: March 20, 2017

/s/ Kyle R. Knapp
KYLE KNAPP
Attorney for Defendant
RICHARD LOPEZ

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's March 23, 2017 criminal calendar and re-calendared for status conference on May 11, 2017, at 9:30 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on March 20, 2017, through and including May 11, 2017.

**IT IS SO ORDERED**.

Dated: March 21, 2017

Troy L. Nunley
United States District Judge