KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN ARQUIMIDEZ VILLANUEVA,<br>JOSE CRUZ RODRIGUEZ-RODRIGUEZ,<br>RICHARD LOPEZ.<br><br>    Defendants. | No. 16-CR-00009-TLN<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date: August 17, 2017<br>Time: 9:30 am.<br>Judge: Honorable Troy L. Nunley. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, together with Dina Santos, attorney for defendant Juan Villanueva; Clemente Jimenez, attorney for defendant Jose Rodriguez-Rodriguez and Kyle Knapp, attorney for defendant Richard Lopez that the previously-scheduled status conference, currently set for May 11, 2017, be vacated and that the matter be set for status conference on August 17, 2017 at 9:30 a.m.

| | |
|---|---|
| 1 | Counsel have conferred and this continuance is requested to investigate and evaluate the volume of received discovery in this case, meet with their clients and further investigate possible defenses in this matter. |

Counsel have conferred and this continuance is requested to investigate and evaluate the volume of received discovery in this case, meet with their clients and further investigate possible defenses in this matter.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, May 9, 2017, up to and including August 17, 2017.

IT IS SO STIPULATED.

Dated: May 9, 2017             PHILLIP A. TALBERT
                               UNITED STATES ATTORNEY

                      by:      /s/ Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

Dated: May 9, 2017             /s/ Dina Santos
                               DINA SANTOS
                               Attorney for Defendant
                               JUAN VILLANUEAVA

Dated: May 9, 2017             /s/ Clemente Jimenez
                               CLEMENTE JIMENEZ
                               Attorney for Defendant
                               JOSE RODRIGUEZ-RODRIGUEZ

Dated: May 9, 2017             /s/ Kyle R. Knapp
                               KYLE KNAPP
                               Attorney for Defendant
                               RICHARD LOPEZ

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's May 11, 2017 criminal calendar and re-calendared for status conference on August 17, 2017, at 9:30 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on May 9, 2017, through and including August 17, 2017.

**IT IS SO ORDERED**.

Dated: May 9, 2017

_____
Troy L. Nunley
United States District Judge