KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
RICHARD LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-CR-00009-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | |
| JUAN ARQUIMIDEZ VILLANUEVA, JOSE CRUZ RODRIGUEZ-RODRIGUEZ, RICHARD LOPEZ. | Date: October 12, 2017<br>Time: 9:30 am.<br>Judge: Honorable Tory L. Nunley. |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, together with Dina Santos, attorney for defendant Juan Villanueva; Clemente Jimenez, attorney for defendant Jose Rodriguez-Rodriguez and Kyle Knapp, attorney for defendant Richard Lopez that the previously-scheduled status conference, currently set for August 17, 2017, be vacated and that the matter be set for status conference on October 12, 2017 at 9:30 a.m.

Counsel have conferred and this continuance is requested to investigate and evaluate the volume of received discovery in this case, meet with their clients and further investigate

possible defenses in this matter. In addition, it is anticipated that plea agreements will be forthcoming shortly and counsel needs time to fully evaluate them with their respective clients.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, November 22, 2016, up to and including February 2, 2017.

IT IS SO STIPULATED.

Dated: August 14, 2017                                          PHILLIP A. TALBERT
UNITED STATES ATTORNEY

by:    /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: August 14, 2017                  /s/ Dina Santos
DINA SANTOS
Attorney for Defendant
JUAN VILLANUEAVA

Dated: August 14, 2017                  /s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant
JOSE RODRIGUEZ-RODRIGUEZ

Dated: August 14, 2017                  /s/ Kyle R. Knapp
KYLE KNAPP
Attorney for Defendant
RICHARD LOPEZ

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's August 17, 2017 criminal calendar and re-calendared for status conference on October 12, 2017, at 9:30 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on August 14, 2017, through and including October 12, 2017.

**IT IS SO ORDERED**.

Dated: August 15, 2017

Troy L. Nunley
United States District Judge