CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE RODRIGUEZ-RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN ARQUIMIDEZ VILLANUEVA, et al.,<br><br>Defendants. | Case No.: 2:16-cr-009 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: February 22, 2018<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, Counsel for Plaintiff; Attorney Clemente M. Jiménez, Counsel for Defendant JOSE RODRIGUEZ-RODRIGUEZ; Attorney Dina Santos, Counsel for Defendant JUAN ARQUIMIDEZ VILLANUEVA; and Attorney Kyle Knapp, Counsel for Defendant RICHARD LOPEZ, that the status conference in this matter currently scheduled for February 22, 2018, at 9:30 a.m. be vacated, and the matter be continued to this court's criminal calendar on April 12, 2018, at 9:30 a.m. for further status conference. Negotiations in the case are ongoing as to all defendants. The parties require additional time to review mitigating information, conduct further investigation, and review records. IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local

code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: February 20, 2018

/S/ Jason Hitt
McGREGOR SCOTT
by JASON HITT
Attorney for Plaintiff

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Jose Rodriguez-Rodriguez

/S/ Dina L. Santos
DINA L. SANTOS
Attorney for Juan Arquimidez Villanueva

/S/ Kyle Knapp
KYLE KNAPP
Attorney for Richard Lopez

**ORDER**

IT IS SO ORDERED, that the status of counsel hearing in the above-entitled matter, scheduled for February 22, 2018, at 9:30 a.m., be vacated and the matter continued for further status conference on April 12, 2018, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 20th day of February, 2018

Troy L. Nunley
United States District Judge

02/20/18