CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE RODRIGUEZ-RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>JUAN ARQUIMIDEZ VILLANUEVA, et al.,<br><br>       Defendants. | Case No.: 16-009 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  October 11, 2018<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, Counsel for Plaintiff; Attorney Clemente M. Jiménez, Counsel for Defendant JOSE RODRIGUEZ-RODRIGUEZ; Attorney Dina Santos, Counsel for Defendant JUAN ARQUIMIDEZ-VILLANUEVA; and Attorney Kyle Knapp, Counsel for Defendant RICHARD LOPEZ, that the status conference in this matter currently scheduled for October 11, 2018, at 9:30 a.m. be vacated, and the matter be continued to this court's criminal calendar on November 29, 2018, at 9:30 a.m. for further status conference. The defendants have been provided with plea agreements. The parties require additional time to review the plea agreements with their respective clients and conduct further investigation, as necessary. IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section

3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: October 9, 2018

/S/ Jason Hitt
BENJAMIN B. WAGNER
by JASON HITT
Attorney for Plaintiff

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Jose Rodriguez-Rodriguez

/S/ Dina L. Santos
DINA L. SANTOS
Attorney for Juan Arquimidez Villanueva

/S/ Kyle Knapp
KYLE KNAPP
Attorney for Richard Lopez

10/09/18

**ORDER**

IT IS SO ORDERED, that the status of counsel hearing in the above-entitled matter, scheduled for October 11, 2018, at 9:30 a.m., be vacated and the matter continued for further status conference on November 29, 2018, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: October 9, 2018

THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE