McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00009 TLN |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR DISCOVERY |
| v. | |
| JUAN VILLANUEVA, | |
| Defendant. | |

## STIPULATION

1. Defendant Juan Villanueva filed a motion for discovery on February 11, 2020. Docket No. 111. The noticed motion set a hearing date before the duty Magistrate Judge on February 26, 2020. Since that motion was filed, the United States has provided a substantial amount of additional discovery to Mr. Steve Emery Teich, counsel for defendant.

2. The parties desire additional time to work through the legal issues raised in defendant's motion and review the new discovery provided to the defendant by the government.

3. By this stipulation, the parties now move that:

    a) The government's motion response will be due on March 18, 2020;

    b) The defense reply, if any, will be due on March 23, 2020; and

    c) A hearing on defendant's discovery motion will reset to March 25, 2020, at 2:00 p.m. before the Honorable Allison Claire.

1

2

3

4    4.    The additional time will also allow the parties to determine which legal issues, if any,

5    remain on defendant's motion to be resolved by the Court.

6    5.    Defendant Juan Villanueva is out of custody.  Docket No. 13.

7    6.    Counsel for the defendant, Mr. Steve Emery Teich, substituted into the case on or about

8    September 12, 2019, and has been diligently preparing the defense, including requests for additional

9    discovery that are the subject of the pending motion.

10    7.    The defendant's trial date is for May 18, 2020.  Docket No. 106.

11

12    IT IS SO STIPULATED.

13

                                        McGREGOR W. SCOTT
14                                       United States Attorney

15    Dated:  February 24, 2020

                                        /s/ Jason Hitt
16    _____
                                        JASON HITT
17                                       Assistant United States Attorney

18

19    Dated:  February 24, 2020         /s/ Steve Emery Teich, Esq.
      _____
                                        STEVE EMERY TEICH, Esq.
20                                       Counsel for Defendant Villanueva, authorized to
                                        sign for Mr. Teich on February 24, 2020

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION

## [~~PROPOSED~~] FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule and new hearing date on the defendant's motion for discovery and vacates the hearing date previously set for February 26, 2020, at 2:00 p.m. on this motion.

IT IS SO ORDERED.

DATED: February 25, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION