IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN VILLANUEVA,<br><br>    Defendant. | CASE NO. 2:16-CR-0009 TLN<br><br>[~~PROPOSED~~] ORDER AFTER HEARING ON DEFENDANT'S MOTION FOR DISCOVERY |

On March 25, 2020, the Court heard argument on defendant Juan Villanueva's motion for discovery. Docket No. 111. Defendant's counsel, Steve Teich, Esq., appeared by phone and Assistant U.S. Attorney Jason Hitt, appeared for the government by phone. Counsel for defendant Villanueva waived the defendant's right to appear for this hearing.

For the reasons set forth orally by the Court and recorded in the audio recording of the March 25 hearing, the Court rules as follows:

1. The following Requests of the Defendant are DENIED for the reasons stated on the record during the hearing on this motion: Request Numbers 1–9, 13–36, and 40–45.

2. Request Number 10 is granted in part and denied in part. Specifically, the Court GRANTS the part of defendant's Request Number 10 that requests production of any agent notes and documents from surveillance conducted between 2:30 p.m. and 5:00 p.m., on December 15, 2015, at TGS Transportation, in Stockton, California, in connection with this case, if they

1

exist. The part of Request Number 10 is DENIED without prejudice because they were raised in the Reply Brief and not addressed in the defendant's opening brief and for reasons stated during the hearing on this motion.

3. Request Numbers 11 and 12 are DENIED based upon the representations of the government during the hearing on this motion that there are no other audio recordings or notes of statements of defendant other then was already summarized in the reports provided.

4. Requests raised in the Reply Brief as to Co-Defendant Richard Lopez and Co-Defendant Rodriguez-Rodriguez as to their rap sheets and their prior statements are GRANTED based upon the government's agreement to produce such material twenty-one days before trial in this case. In addition, the government will seek to learn if Co-Defendant Rodriguez-Rodriguez has been deported and will notify defense counsel upon obtaining this information prior to trial.

5. Request Numbers 37–38 in the Reply Brief are DENIED without prejudice to renewing these requests because they were raised in the Reply Brief and not addressed in the defendant's opening brief.

6. Request Number 39 in the Reply Brief is DENIED because it is properly addressed to the district court and its authority to schedule due dates connected to the trial, including the filing of an exhibit list.

IT IS SO ORDERED.

DATED: April 3, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE