1  **STEVE EMERY TEICH**
   **Attorney at Law**
2  California State Bar No. 78397
   2391 The Alameda, Ste. 200
3  Santa Clara, CA 95050
   Telephone:(415-310-6311)
4

5  Attorney for Juan Villanueva

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )   CASE NO.   2:16-cr-0009-TLN
                                     )
11                  Plaintiff,       )
                                     )
12                                   )   STIPULATION AND ORDER TO
    v.                               )   SET NEW JUDGEMENT AND SENTENCING
13                                   )   DATE & NEW DISCLOSURE SCHEDULE
                                     )
14  JUAN VILLANUEVA                  )   DATE: January 13, 2022
    Defendant.                       )   Time:  9:30 am
15  _____      )   COURT: Hon. Troy L. Nunley
                                     )
16                                   )

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Steve Teich attorney for

19  defendant, JUAN VILLANUEVA, that the previously scheduled sentencing date of January 13, 2022,

20  be vacated and the matter set for sentencing on March 24, 2022 at 9:30 a.m.

21       This continuance is requested to allow sufficient time for the defendant to supply the Probation

22  Officer with the required documentation and to allow the Probation Officer sufficient time to process the

23  documentation and prepare her report in a timely fashion.  I have contacted Mr. Hitt and Ms. Besabe and

24  they have no objection to the new sentencing date.

25       In light of the above request, the following revised sentencing schedule is requested: Judgment

26  and Sentencing – March 24, 2022; Reply or Statement of Non Opposition to Motion to Correct PSR

27  March 17 , 2022; Formal Objections  filed with the Court and served on opposing counsel March 10,

28  2022; Final Presentence Report filed with the Court and disclosed to Counsel  March 3, 2022; Counsel's
    Informal objections delivered to Probation Officer and Opposing Counsel February 24, 2022;

The Draft Resentence Report delivered to Counsel no later then February 10, 2022.

Dated December 8, 2021

                                                      Respectfully submitted
                                                /s/ Steve Emery Teich
                                                  Attorney for Defendant
                                                  JuanVillanueva

Dated:December 8, 2021                              Respectfully submitted.

                                                /s/ Jason Hitt
                                                  Jason Hitt
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

IT IS SO ORDERED.

Dated: December 8, 2021

                                                  Troy L. Nunley
                                                  United States District Judge