1 | **STEVE EMERY TEICH**
  | **Attorney at Law**
2 | California State Bar No.78397
3 | 2391 The Alameda , Suite 200
4 | Santa Clara, CA 95050
4 | Telephone:(415-310-6311)
5 | Attorney for Juan Villanueva
6 |
7 |
8 |                    UNITED STATES DISTRICT COURT
9 |                    EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,         ) CASE NO.  2:16-cr-0009-TLN
11 |                    Plaintiff,     )
12 |                                   )
   | v.                                ) STIPULATION AND ORDER TO
13 |                                   ) SET NEW JUDGEMENT AND SENTENCING
   |                                   ) DATE
14 | JUAN VILLANUEVA                   )
   |                                   ) DATE: May 19, 2022
   |                    Defendant.     ) Time: 9:30 am
15 |                                   ) COURT: Hon. Troy L. Nunley
   | _____  )
16 |                                   )

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff and Steve Teich attorney for defendant, JUAN VILLANUEVA, that the previously scheduled sentencing date of May 19, 2022, be vacated and the matter set for sentencing on August 25, 2022, at 9:30 a.m.

This continuance is requested because Mr. Villanueva has unfortunately developed a high-risk case of Angle Closure Glaucoma. He has partial sight in one eye. He is on medication to reduce the eye pressure and has had one procedure using laser surgery which was ineffective. He is currently waiting to have a second operation to insert a lens in his eye to block the black spot that is interfering with his sight. We request the court to continue the sentencing 90 days or so until Mr. Villanueva has had the operations and we can see the results. It would be better to have the eye doctor who is following his case to do the procedure and it is unknown if the Bureau of Prisons would provide it. Mr. Villanueva is in danger of losing his vision and the hope is we can give him his best chance of saving it. Although a lesser consideration, the results of the surgeries might impact the sentencing and the court should be made aware of it.

We are in contact with the Courtroom Deputy Michele Krueger who suggested August 25, 2022, as the preferable date for sentencing.

It is therefore requested and stipulated that the sentencing date now set for May 19, 2022 be continued until August 25, 2022 at 9:30 a.m.

Dated May 12, 2022

           Respectfully submitted,

           /s/ Steve Emery Teich
           Attorney for Defendant
           Juan Villanueva

           Respectfully submitted.

Dated May 12, 2022

           /s/ Jason Hitt
           Jason Hitt
           Assistant U.S. Attorney
           Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated:  May 13, 2022

           _____
           Troy L. Nunley
           United States District Judge