**STEVE EMERY TEICH**
Cal. State Bar No. 78397
446 Old County Road
Suite 100, PMB 33-
Pacifica , CA 94044
Telephone: (415) 310-6311
steveemeryteich@gmail.com

Attorney for Defendant
**JUAN VILLANUEVA**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff.<br><br>vs.<br><br>**JUAN VILLANUEVA,**<br>Defendant.<br>_____ | CASE NO. 2:16-CR-0009-TLN<br><br>**PROPOSED ORDER FOR RECONVEYENCE OF PROPERTY** |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT:**

The original deed of trust of the trustor Mary Lizette Anguiano whose address is 5318 Lake Boulevard, Newark CA 94560-1356  APN/Parcel ID(s): 092A-0713-027•00 Situated in the City of Newark, LOT 2 TRACT 2792, filed February 25, 1966, Map Book 52, Page 71, Alameda County now in the court's possession records be returned to Ms. Anguiano at the above address, the court's lien is removed and the property above described is reconveyed back to Ms. Anguiano.

DATED: December 1, 2022

_____
Troy L. Nunley
United States District Judge